

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Andrew Boccio*  
Assistant United States Attorney

970 Broad Street, Suite 700  
Newark, NJ 07102  
andrew.boccio@usdoj.gov

main:   (973) 645-2700  
direct: (973) 645-2781

February 10, 2026

<u>Via Electronic Filing</u>  
Honorable Esther Salas, U.S.D J.  
United States District Court  
Martin Luther King Bldg. & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07102

    Re:   *Allabouch v. Noem,* No. 26-1195 (ES)  
          **Status Update and Response to ECF No. 7**

Dear Judge Salas:

    This Office represents Respondents in this habeas matter. We respectfully write in response to Petitioner's February 8, 2026, Notice (ECF No. 7) and the Court's February 9, 2026, Order (ECF No. 8) to update the Court on Petitioner's current location and expected return to the District of New Jersey.

    On February 6, 2026, at approximately 3:04 P.M., while Petitioner was detained at Delaney Hall in Newark, NJ, the Court entered an order enjoining Respondents from transferring Petitioner from this District or removing him from the United States. ECF No. 5. This Office communicated the order to ICE's internal legal counsel at approximately 3:21 P.M. that day. On February 8, 2026, ICE informed this Office that ICE Enforcement and Removal Operations ("ERO"), the component of ICE responsible for custody and detention, booked Petitioner out of Delaney Hall at 3:30 P.M. on February 6, about nine minutes after this Office notified ICE's internal counsel. ICE transferred him to the California City Corrections Center in California City, CA. This Office immediately began working with ICE to facilitate Petitioner's return to New Jersey.

    Today, ICE informed this Office that Petitioner is scheduled to return to New Jersey on Friday, February 13, 2026. ICE further informed this Office that it has requested a bond hearing pursuant to the Court's February 6, 2026, Order (ECF No. 5). Due to the February 16 federal holiday, on which immigration courts are closed, ICE requested a hearing in New Jersey for February 17, 2026. *See* Fed. R. Civ. P. 6(a)(1)(C) (providing that if the time period specified in a court order expires on a legal holiday, the period continues to run until the next business day). A hearing is

currently scheduled for 9:00 A.M. on February 17. Petitioner's counsel consents to holding the hearing at that time, and we respectfully request that the Court grant leave for the bond hearing to occur on that date.

Thank you very much for your attention to this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney

By:  /s/ Andrew Boccio
ANDREW BOCCIO
Assistant United States Attorney
*Attorneys for Respondents*

cc:  Counsel of record (by ECF)

Per Respondents' request, and with Petitioner's consent, and for good cause shown, Respondents may provide Petitioner with the bond hearing described in this Court's February 6, 2026 Order (D.E. No. 5) on or before February 17, 2026.

**SO ORDERED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Date: February 11, 2026**